# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CALLIE ANSELMO

VERSUS

PEAK PERFORMANCE PHYSICAL
THERAPY, LP, INDIA SWIFT,
AND XYZ INSURANCE COMPANY

NO.  2026 CW 0427

**JUNE 29, 2026**

---

In Re:     Callie Anselmo, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           723447.

---

**BEFORE:   McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

   **WRIT NOT CONSIDERED.** This writ application failed to include
copies of all documents attached to the "Motion to Withdraw
Admissions Deemed by Late Filed Response to Request for Admissions"
filed by Peak Performance Physical Therapy, L.P., including Peak
Performance Physical Therapy, L.P.'s 2023 Responses to Requests
for Admissions, in violation of the Uniform Rules of Louisiana
Courts of Appeal, Rule 4-5(C)(8). Moreover, this court requires a
copy of all evidence admitted at the hearing and the pertinent
hearing transcript.

   Supplementation of this writ application and/or application
for rehearing will not be considered. Uniform Rules of Louisiana
Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
the requested transcript, and must comply with Uniform Rules of
Louisiana Courts of Appeal, Rule 2-12.2. Any new application must
be filed on or before July 29, 2026, and must contain a copy of
this ruling.

                         **PMc**
                         **TPS**
                         **BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT